JP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOELL TYRONE JOYCE,

            Defendant.

- - - - - - - - - - - - - - - - - -X

REMOVAL TO THE
WESTERN DISTRICT OF
VIRGINIA

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

        Joseph Pitruzzello, being duly sworn, deposes and states that he is a Deputy United States Marshal, duly appointed according to law and acting as such.

        On or about March 21, 2012, an arrest warrant was issued by the United States District Court for the Western District of Virginia commanding the arrest of the defendant JOELL TYRONE JOYCE for a violation of supervised release, pursuant to Title 18, United States Code, Section 3583.

        The source of your deponent's information and the grounds for his belief are as follows:

        1.   In or about November 3, 2008, the defendant JOELL TYRONE JOYCE was convicted in the Western District of Virginia for Distribution of Cocaine Base in violation of 21 U.S.C. § 841(b)(1)(B) and sentenced to a 37-month term of incarceration to be followed by three years of supervised release.

2.   On March 21, 2012,[1] the District Court for the Western District of Virginia issued an arrest warrant for the defendant JOELL TYRONE JOYCE for violating the conditions of his supervised release.  A copy of the arrest warrant from the Western District of Virginia and a copy of the Request for the Issuance of an Expedited Warrant, dated March 20, 2012, are attached hereto.

3.   On March 26, 2012, the defendant JOELL TYRONE JOYCE appeared at the U.S. Probation Department, Eastern District of New York, for a previously scheduled meeting with the defendant's probation officer, Senior U.S. Probation Officer Tanya M. Parris, who has met the defendant on numerous occasions.  Officer Parris notified the U.S. Marshals of the defendant's arrival and confirmed that the defendant is JOELL TYRONE JOYCE the individual named in the arrest warrant.  The undersigned then executed the arrest warrant, and, in doing so, referred to the defendant by name and referenced the case in Western District of Virginia for which the defendant is under supervision.  The defendant asked if he would have to go back to Virginia.

---

[1] Although the arrest warrant bears the date March 21, 2011, Senior U.S. Probation Officer Tanya M. Parris confirmed that the warrant was issued in response to her Request for the Issuance of an Expedited Warrant, dated March 20, 2012.  Therefore, the date on the warrant appears to by a typographical error and should read March 21, 2012.

3

WHEREFORE, it is requested that the defendant JOELL TYRONE JOYCE be dealt with according to law.

JOSEPH PITRUZZELLO
Deputy Marshal
United States Marshals Service

Sworn to before me this
26th day of March, 2012

S|Reyes

HONORABLE
UNITED STA
EASTERN DI



# SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:08-cr-00025-001 |
| Joell Tyrone Joyce | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Joell Tyrone Joyce
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Violation of terms and conditions of supervised release

Date:    03/21/2011                                            
                                                 *Issuing officer's signature*

City and state:    Charlottesville VA                        Hon. Norman K. Moon
                                               *Printed name and title*

| Return | |
|---|---|
|     This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | |
| at *(city and state)* _____ . | |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | _____ |
| | *Printed name and title* |